

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*     *414 / 297-1700*

*Milwaukee, WI 53202*

April 4, 2012

Honorable Rudolph T. Randa
United States District Judge
310 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

    Re:   *United States v Patrick*, Case No. 11-CR-238

Dear Judge Randa:

    I am writing to request that the Court amend the Judgment of Conviction in this case to include the forfeitures that were entered in the Court's "Preliminary Order of Forfeiture" signed on January 23, 2012. Thank you for considering this request.

                Very truly yours,

                JAMES L. SANTELLE
                United States Attorney

        By:

                s/JOSEPH R. WALL
                Assistant United States Attorney
                Joseph R. Wall Bar Number: 1009796
                Attorney for Plaintiff
                Office of the United States Attorney
                Eastern District of Wisconsin
                517 East Wisconsin Avenue, Room 530
                Milwaukee, WI 53202
                Telephone: (414) 297-1721
                Fax: (414) 297-1738
                E-Mail: Joseph.Wall@usdoj.gov