UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

SENTENCING MINUTES

DATE: 4/22/13
CASE NO.: 11 CR 238
UNITED STATES v. Sean Patrick

Dep. Clerk: JDeitrich
Ct. Reptr.: Sheryl
Time Called: 3:17
Time Concluded: 4:15

United States By: Joseph Wall  Melvin Washington
Probation Officer: Jim Fetherston
Interpreter: _____ ☐ Sworn

Deft. Sean Patrick in person, and by Attorney Lew Wasserman

---

Custody of Bureau of Prisons
60 months on Count(s) 1
265 months on Count(s) 2-4

to run **concurrently**/consecutively
for a total of 265 months
c/c w/ 10 CR 2423

Supervised Release/~~Probation~~
3 years on Count(s) 1
5 years on Count(s) 2-4

to run **concurrently**/consecutively
for a total of 5 years

Court's recommendation to Bureau of Prisons: _____

COUNT(S) DISMISSED on motion of Government: _____

---

Special Conditions of Supervised Release/Probation

☒ report within 72 hours of release
☒ no firearms or other dangerous weapons
☒ no illegal possession, use of controlled substances
☐ community correction center for ____
☐ cooperate with I.N.S.
☐ submit to search by p.o.
☒ program of drug & alcohol testing and treatment as p.o. directs; ~~no alcohol;~~ pay cost of program as p.o. directs
☐ no work at or patronizing taverns
☐ pay restitution/fine balance at $___/month; apply all tax refunds to restitution/fine; change tax exemptions only if p.o. oks

☐ if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks
☐ no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)
☒ financial disclosure; file all taxes
☒ attend to child support
☐ cooperate with I.R.S.
☐ DNA collection
☒ other: register as sex offender

FINE: $_____ on Count(s) _____.
  Terms:

  ☒ Fine waived or reduced due to defendant's inability to pay.
  ☐ Interest on fine waived.
  ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

COSTS of incarceration, community confinement and supervision
  ☐ WAIVED    ☐ IMPOSED

RESTITUTION: $ _____ Payee: _____
  Terms:

  ☐ Interest on restitution waived.
  ☐ Deft. to participate in FBP Inmates' Financial Responsibility Program

SPECIAL ASSESSMENT: $ 400 on Count(s) _____.
  ☒ To be paid immediately.
  ☐ To be paid prior to close of business day.
  ☐ To be paid prior to expiration of this sentence.
  ☐ Other:

FORFEITURE:


CUSTODY STATUS:
  ☒ Defendant remanded to custody of U.S. Marshal.
  ☐ Execution of sentence stayed until _____
  ☐ Voluntary surrender to institution.

☒ Defendant advised of right to appeal.

OTHER:

STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

    Total Offense Level: 38
    Criminal History Category: VI
    Imprisonment Range: ___ to 360 months to life
    Supervised Release Range: 1 to 3 years ct. 1, 5 yrs. cts. 2-4
    (Probation Range: ___ to ___ years)
    Fine Range: $25,000 to $3,250,000

Restitution: $_____ ☐ Full restitution is not ordered for the following reasons:

☐ The sentence is within the guideline range.

or

☒ The court departs from the guideline range
    ☒ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).